

**SO ORDERED.**
**SIGNED this 15th day of November, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

WILLIAM ALLEN GROWDON
aka AL GROWDON
aka W. ALLEN GROWDON
aka ALLEN GROWDON
IBEL ROSARIO GROWDON
aka IBEL R. GROWDON

        Debtors

    WILLIAM ALLEN GROWDON
    IBEL ROSARIO GROWDON

        Plaintiffs

    v.

BANK OF AMERICA

        Defendant

Case No. 3:16-bk-32853-SHB
Chapter 7

Adv. Proc. No. 3:16-ap-3031-SHB

## O R D E R

Pursuant to Fed. R. Civ. P. 16(b), incorporated into Fed. R. Bankr. P. 7016, the Court directs the following:

1. A scheduling conference will be held in this adversary proceeding on January 12, 2017, at 1:30 p.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, for the purpose of preparing a scheduling order. During the conference, the Court will schedule this adversary proceeding for trial and will set dates for completing discovery, filing dispositive motions, submitting a pretrial order, and filing pretrial briefs. The Court may schedule a final pretrial conference to be held shortly before the trial date.

2. In accordance with Fed. R. Civ. P. 26(f), incorporated into Fed. R. Bankr. P. 7026, as soon as practicable and in any event at least seven days before the scheduling conference, the parties shall meet to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1), and to develop a proposed discovery plan. The plan shall indicate the parties' views and proposals concerning the matters set forth in Fed. R. Civ. P. 26(f)(3)(A)-(F). The parties shall file with the Court at least three days prior to the scheduling conference a written report outlining the plan that is required by Fed. R. Civ. P. 26(f). Although the attorneys of record and all unrepresented parties that have appeared in the proceeding are jointly responsible for arranging and being present or represented at the Fed. R. Civ. P. 26(f) meeting, for attempting in good faith to agree to the proposed discovery plan, and for submitting to the Court a written report outlining the plan, Plaintiffs shall have the primary responsibility for initially contacting the other parties upon receipt of this order to schedule the meeting. By agreement, the parties may conduct the Fed. R. Civ. P. 26(f) meeting by telephone.

3. Counsel for Defendant, who resides outside the district, may appear at the scheduling conference by telephone if the Court is provided with written notice of the intention to so appear,

together with a telephone number, at least five (5) days prior to the conference. The Court will place the call between 1:30 and 2:30 p.m. EST on the scheduled date.

###